UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLENN D. ANDERSON, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-825-F |
| | ) | |
| EDWARD L. EVANS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

Messrs Anderson and Taylor have filed a complaint pursuant to 42 U.S.C. § 1983. With the complaint, they filed applications for leave to proceed *in forma pauperis*. The applications indicate that Mr. Anderson has $187.31 and Mr. Taylor has $120.39, and the filing fee is $250.00.[1] Together, Messrs Anderson and Taylor have sufficient funds to pay the filing fee. As a result, the undersigned recommends that the Court: (1) deny the applications for leave to proceed *in forma pauperis*, and (2) order payment of the filing fee within twenty days.[2]

The Plaintiffs are advised of their right to object to this report and recommendation by August 16, 2005. *See* W.D. Okla. Local Civil Rule 72.1(a). If the Plaintiffs do object, they must file a written objection with the Court Clerk for the United States District Court,

---

[1]   *See* 28 U.S.C. § 1914(a) (2000).

[2]   *See* W.D. Okla. LCvR 3.3(e).

Western District of Oklahoma.  The Plaintiffs are further advised that if they do not timely object, they would waive their right to appellate review over a denial of pauper status in the district court.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

    This report and recommendation does not terminate the referral.

    Entered this 29th day of July, 2005.

*Robert E. Bacharach*
Robert E. Bacharach
United States Magistrate Judge