### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN D. ANDERSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. CIV-05-0825-F |
| EDWARD L. EVANS, et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Magistrate Judge Robert E. Bacharach's Report and Recommendation of July 29, 2005, which recommends denial of in forma pauperis status to plaintiffs, is before the court. (Report at docket entry no. 7.) Plaintiffs have filed a notice stating that they have no objection to the recommendations contained in the report and further stating that they have paid the required fees. Having reviewed the report and the parties' submissions, the court hereby **ADOPTS, ACCEPTS**, and **AFFIRMS** the report to the extent that plaintiffs' applications for leave to proceed in forma pauperis are **DENIED**. The report also recommends ordering payment of the filing fees; however, payment has already been received, so that issue is moot. This case remains referred to the magistrate judge pursuant to the original referral order.

Dated this 15th day of August, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0825p001(pub).wpd