IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN D. ANDERSON AND CHARLES F. TAYLOR,       )<br>)<br>Plaintiffs,       )<br>)<br>v.       )<br>)<br>JUSTIN JONES, et al.,       )<br>)<br>Defendants.       ) | Case No. CIV-05-825-F |

### ADVICE OF MOOTNESS AS TO NAMED PLAINTIFF
### AND REQUEST TO WITHDRAW FROM LITIGATION

1. Plaintiff Glenn D. Anderson, through undersigned counsel, respectfully requests this Court to notice that this matter is moot only as to himself as Plaintiff, such that he requests to withdraw from this litigation as Plaintiff. The reason for this action by Plaintiff Anderson is that, on June 18, 2007, Plaintiff was re-sentenced in the courts of Oklahoma pursuant to the mandate dated April 16, 2007, in *Anderson v. Sirmons*, 476 F.3d 1131 (10th Cir. 2007), and to the Order of Hon. Vicki Miles-LaGrange, United States District Judge, dated April 26th, 2007, to three consecutive terms of life imprisonment without possibility of parole, also running consecutively with all non-capital convictions, by Hon. Richard G. Van Dyck, District Judge, in Grady County Case No. CF-1996-240.

2. Plaintiff Anderson waived his right to appeal these sentences, and is no longer under sentence of death. Therefore his continued participation as Plaintiff herein is moot as to all issues presented in the Complaint, and his request to withdraw as Plaintiff is accordingly and respectfully made.

3. Plaintiff Charles F. Taylor will remain as the sole Plaintiff pursuing this matter at this time,

and otherwise nothing in this Advice and Notice should be construed to alter the viable status, course, cause of action, or nature of this litigation, nor to affect the abeyance agreement previously approved by this Court on March 6, 2007.

4. Counsel requests that the style of this matter be changed henceforth to reflect that the sole Plaintiff is Charles F. Taylor.

Respectfully submitted this 19th day of June, 2007, by undersigned counsel for Plaintiff Glenn D. Anderson.

> s/ James A. Drummond
> JAMES A. DRUMMOND,
> Oklahoma Bar No. 17096
> Assistant Federal Public Defender
> 215 Dean A. McGee, Suite 707
> Oklahoma City, OK. 73102
> VOICE (405) 609-5975
> FAX (405) 609-5976
> jim_drummond@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: **Richard N. Mann, Assistant Attorney General**.

> /s/James A. Drummond